■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS LEVINE, Appellant.— Judgments of the Court of Special Sessions convicting defendant of the crimes of book-making in violation of section 986 of the Penal Law, and sentencing defendant to a term of one year in the New York City Penitentiary on each conviction, the sentences to run consecutively, are unanimously modified, on the facts, by striking therefrom the provision that the terms are to run consecutively, and by adding thereto a provision to the effect that the terms imposed shall run concurrently; and as so modified the judgments are unanimously affirmed. In the light of the relevant facts and circumstances, the imposition of consecutive, rather than concurrent terms of imprisonment for the two crimes, constitutes excessive punishment. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ (A) EVEREADYELECTRIC CO., INC., v. CITY OF NEW YORK. (B) CELIA A. SHERMAN v. UNDERWRITERS FOR LLOYD'S LONDON et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ SAMUEL SALGANIK v. U. S. NAVIGATION CO., INC.— Application denied, with $10 costs. The stay contained in the order to show cause, dated November 10, 1960, is vacated. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MICHAEL P. GRACE, II v. REAL PROPERTY OWNERS, INC.— Motion for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, McNally and Eager, JJ.

■ ANITA K. LA PIDUS v. HENRY LA PIDUS.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Estate of ELIZABETH SZABO, Deceased. WOLFGANG S. SZABO, Appellant. HONEY WIESEL, as Executrix of ELIZABETH SZABO, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.